UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL LAFAVE, and CETTE AI
CORPORATION

Plaintiff,

-against-

VOYA FINANCIAL, INC., VOYA
INVESTMENT MANAGEMENT CO.
LLC, and DOES 1–12, inclusive,

Defendants.

**NOTICE OF APPEARANCE**

Index No.: 26-cv-5375

PLEASE TAKE NOTICE that I, Tor Ekeland, am admitted or otherwise authorized to

practice in this court, and I appear in this case as counsel for Plaintiff Michael Lafave.

Dated: New York, New York
June 26, 2026

/s/ Tor Ekeland
Tor Ekeland (NYS Bar No. 4493631)
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t (718) 737 – 7264
tor@torekeland.com

*Counsel for Plaintiff Michael Lafave*

1