

**Mariam A. Hashmi**

163 Madison Avenue, Suite 503 | Morristown, NJ 07960
Direct 973.604.5675 | Fax 201.368.7249
hashmim@whiteandwilliams.com | whiteandwilliams.com

Gabriel E. Darwick, Managing Partner - Morristown

June 29, 2026

**<u>Via ECF</u>**

The Honorable Lewis J. Liman, United States District Judge
United States District Court, SDNY
500 Pearl Street
New York, New York 10007

> Re:    Lafave, et al. v. Voya Financial, Inc., et al., Case No. 1:26-cv-05375
>        Request for Extension of Time to Answer

Dear Judge Liman,

I represent Defendants Voya Financial, Inc. and Voya Investment Management Co. LLC in the above-referenced matter. Pursuant to Section 1.D of Your Honor's Individual Practices, Defendants respectfully submit this letter motion requesting an extension of time to file their Answers. Plaintiffs' counsel, Mr. Tor Ekeland, has consented to this request.

This action was removed from the Supreme Court of the State of New York to this Court on June 26, 2026. Based on the date of removal, Defendants' current deadline to answer the Complaint is July 2, 2026. Defendants respectfully request that the deadline be extended to August 3, 2026.

This is Defendants' first request for an extension of time to file an Answer. There are presently no scheduled court appearances and the requested extension will not affect any existing deadlines or prejudice any party.

In addition, prior to removal, the State Court entered a Temporary Restraining Order in connection with Plaintiffs' Order to Show Cause. Defendants respectfully request that they be permitted to file their opposition to Plaintiffs' Order to Show Cause by August 3, 2026.

Thank you for Your Honor's attention to this request.

June 29, 2026
Page 2

Respectfully submitted,
WHITE AND WILLIAMS LLP

Mariam A. Hashmi

cc:    Tor Ekeland, Esq. (via ECF)

52125923v.1