UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MICHAEL LAFAVE, and CETTE AI CORPORATION<br><br>Plaintiff,<br><br>-against-<br><br>VOYA FINANCIAL, INC., VOYA INVESTMENT MANAGEMENT CO. LLC, and DOES 1–12, inclusive,<br><br>Defendants. | **NOTICE OF APPEARANCE**<br><br>Index No.: 26-cv-5375 |

PLEASE TAKE NOTICE that I, Tor Ekeland, am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Michael Lafave and Cette AI Corporation.

Dated: New York, New York
June 29, 2026

/s/ Tor Ekeland
Tor Ekeland (NYS Bar No. 4493631)
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t (718) 737 – 7264
tor@torekeland.com

*Counsel for Plaintiff Michael Lafave*

1