
**White and Williams** LLP

**Mariam A. Hashmi**

163 Madison Avenue, Suite 503 | Morristown, NJ 07960
Direct 973.604.5675 | Fax 201.368.7249
hashmim@whiteandwilliams.com | whiteandwilliams.com

Gabriel E. Darwick, Managing Partner - Morristown

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

July 28, 2026

July 28, 2026

<u>**Via ECF**</u>

The Honorable Lewis J. Liman, United States District Judge
United States District Court, SDNY
500 Pearl Street
New York, New York 10007

>    Re:    Lafave, et al. v. Voya Financial, Inc., et al., Case No. 1:26-cv-05375
>           **Request for Extension of Time to Answer and File Opposition to OTSC**

Dear Judge Liman,

I represent Defendants Voya Financial, Inc. and Voya Investment Management Co. LLC in the above-referenced matter. Pursuant to Section 1.D of Your Honor's Individual Practices, Defendants respectfully submit this letter motion requesting a 30-day extension of time to file their Answers and their opposition to Plaintiffs' Order to Show Cause. This is Defendants' second request for an extension of these deadlines.

The parties are presently engaged in discussions regarding a potential resolution of this matter. The requested extension is sought to allow those discussions to continue. Accordingly, Defendants respectfully request that the deadline to file their Answer, as well as their opposition to Plaintiffs' Order to Show Cause, be extended through September 2, 2026. In conjunction with that extension, the parties respectfully request that Plaintiff's reply in further support of the Order to Show Cause be due on September 9, 2026. Plaintiff's counsel has consented to this request.

A Pretrial Conference is currently scheduled for August 12, 2026, and the parties' proposed Joint Case Management Plan is presently due on August 10, 2026. Other than those deadlines, there are no additional court appearances or deadlines currently scheduled. The requested extension will not affect the August 10 deadline for submission of the proposed Joint Case Management Plan or the August 12 Pretrial Conference, will not otherwise impact the Court's schedule, and will not prejudice any party.

Thank you for Your Honor's attention to this request.

July 28, 2026
Page 2

Respectfully submitted,
WHITE AND WILLIAMS LLP

Mariam A. Hashmi

cc:     Tor Ekeland, Esq. (via ECF)
        Michael Hassard, Esq. (via ECF)

52281642v.1