**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MICHAEL LAFAVE, and CETTE AI CORPORATION<br>Plaintiffs,<br>v.<br>VOYA FINANCIAL, INC., VOYA INVESTMENT MANAGEMENT CO. LLC, and DOES 1-12, inclusive,<br>Defendants. | : | Case No.: 26-cv-5375<br><br>**Attorney Declaration** |

I, Robert Pindulic, Esq., hereby declare that the following is true under penalty of perjury, pursuant to 28 U.S.C. 1746:

1. I am an attorney for Defendants Voya Financial, Inc., and Voya Investment Management Co. LLC (collectively "Defendants"). As such, I am fully familiar with the facts and circumstances contained herein.

2. This declaration is in support of Defendants' opposition to Plaintiffs' Order To Show Cause Application for a Restraining Order and Preliminary Injunction.

3. Annexed hereto as **Exhibit A** is a copy of the Declaration of Peters Michael together with Exhibits 1 and 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: September 2, 2026

Respectfully submitted,
s/Robert Pindulic

Robert Pindulic, Esq.
White and Williams LLP
810 Seventh Avenue, Suite 500
New York, New York 10019
Phone: 212-244-9500
E-mail: pindulicr@whiteandwilliams.com
*Attorneys for defendants Voya Financial, Inc., and Voya Investment Management Co. LLC*