White and Williams LLP

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL LAFAVE, and CETTE AI CORPORATION, Plaintiffs, v. VOYA FINANCIAL, INC., VOYA INVESTMENT MANAGEMENT CO. LLC, and DOES 1-12, inclusive, Defendants. | Case No.: 26-cv-5375 **Declaration of Michael Peters** |

I, Michael Peters, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am the Chief Operating Officer of Voya Investment Management LLC ("VIM"), the direct parent company of Voya Investment Management Co, LLC. ("VIMC"). I submit this Declaration on behalf of Voya Financial, Inc., ("VFI") and VIMC (collectively, the "Voya Defendants") in support of their opposition to Plaintiffs Michael Lafave ("Lafave") and Cette AI Corporation's ("Cette") application for a temporary restraining order and preliminary injunction.

2. I have been employed by VIM since July 1, 1998. In my current position, I am responsible for managing VIM's day-to-day operations and ensuring the business executes its strategy effectively. Through my position, I am familiar with the corporate structure, business operations, records, information systems, and functions of VFI and VIMC relevant to the matters addressed in this Declaration.

3. I am authorized to submit this Declaration on behalf of both VFI and VIMC.

4. I make this Declaration based upon my personal knowledge and information obtained through consultation with personnel of VFI and VIMC with knowledge of the relevant business operations, systems, and records.

5. In connection with this litigation and the preparation of this Declaration, an appropriate review was undertaken to determine whether either VFI or VIMC had any involvement with Plaintiffs, Plaintiff Lafave's long-term disability ("LTD") claim, or the cyber intrusion, unauthorized computer access, surveillance, tracking, acquisition or use of confidential or proprietary information, destruction of evidence, or other conduct alleged by Plaintiffs.

6. I have reviewed the allegations contained in Plaintiffs' Complaint and the materials submitted in support of Plaintiffs' Order to Show Cause. Among other things, I understand that Plaintiff Lafave alleges that in connection with his long-term disability claim submitted to "Voya," he provided information concerning his relocation from Denver, Colorado to Ontario, Canada, and this information was used by the Voya Defendants to engage in cyber intrusion, surveillance, tracking, and other conduct alleged in this action.

7. VFI and VIMC have no involvement in LTD claims and therefore had no involvement in the conduct alleged by Plaintiffs. To the extent Plaintiff Lafave submitted his LTD claim to his group insurance carrier, that would have been ReliaStar Life Insurance Company ("ReliaStar"), not VFI or VIMC.

**<u>The Voya Defendants and Plaintiff's LTD Claim</u>**

8. VFI is a publicly traded corporation. (**Exhibit 1)**.

9. VIMC is a wholly owned subsidiary of VFI. (**Exhibit 2**).

10. VIMC does not issue long-term disability ("LTD") insurance, does not administer LTD insurance policies, and does not evaluate or adjudicate LTD claims.

11. VFI and VIMC are separate entities from the insurer, ReliaStar.

12. Upon information and belief, ReliaStar issued the LTD policy under which Plaintiff Lafave submitted a claim for disability benefits. Upon information and belief, a third-party

administrator ("TPA") was responsible for administrating, evaluating, and adjudicating Plaintiff Lafave's LTD claim.

13. Although ReliaStar is a subsidiary of VFI, VFI did not issue the group LTD policy and did not administer, evaluate, or adjudicate Plaintiff Lafave's LTD claim.

14. VIMC had no role whatsoever with respect to Plaintiff Lafave's LTD claim.

15. VFI and VIMC did not receive any information from ReliaStar about Plaintiff Lafave in connection with the LTD claim, including claim information, contact information, or address.

**VFI and VIMC Did Not Administer, Evaluate, or Adjudicate Plaintiff Lafave's LTD Claim**

16. The group LTD policy was not issued by either VFI or VIMC.

17. The administration, evaluation, processing, adjudication, and investigation of Plaintiff Lafave's LTD claim were not functions performed by VFI or VIMC. The Voya Defendants likewise made no determination concerning Plaintiff Lafave's eligibility for or entitlement to LTD benefits.

18. Any individual with whom Plaintiff Lafave communicated concerning the handling or administration of his LTD claim was not acting as a claims manager on behalf of VFI or VIMC.

19. The Voya Defendants did not receive, review, or process Plaintiff Lafave's claim-related authorizations or medical records in connection with the administration of his LTD claim.

20. The Voya Defendants likewise did not receive through administration of Plaintiff Lafave's LTD claim, information concerning Plaintiff's alleged proprietary technology, Cette's alleged value or business opportunities, his computer systems or devices, technical environment, or GitHub repositories.

21. The Voya Defendants did not receive or review the economist's report that Plaintiff Lafave alleges he provided in connection with his LTD claim concerning the value of Cette or its technology.

22. The Voya Defendants did not possess the information that Plaintiffs now contend provided the means or opportunity to locate, monitor, surveil, track, profile, or otherwise obtain information concerning Plaintiffs.

23. I am unaware of any document, communication, record, device, IP address, vendor relationship, investigation, payment, instruction, contract, or other information connecting VFI or VIMC to the cyber intrusion, unauthorized access, surveillance, tracking, exfiltration, or other misconduct alleged by Plaintiffs.

24. The Voya Defendants had no involvement in the conduct underlying Plaintiffs' application for injunctive relief. VIMC had no relationship with Plaintiffs, no involvement with Plaintiff Lafave's LTD claim, and no involvement with any of the alleged events. VFI likewise did not issue, administer, evaluate, or adjudicate Plaintiff Lafave's LTD claim and had no involvement in the conduct alleged by Plaintiffs.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the forgoing is true and correct.

Dated: September 1, 2026

Michael Peters

Michael Peters

White and Williams LLP

# Exhibit 1

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

## FORM 10-K

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2025

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from ____________ to ____________**

**Commission File Number: 001-35897**

## Voya Financial, Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **52-1222820** |
| (State or other jurisdiction of incorporation or organization) | (IRS Employer Identification No.) |

| | | |
|---|---|---|
| **200 Park Avenue, New York, New York** | **10166** | **(212) 309-8200** |
| (Address of principal executive offices) | (Zip Code) | (Registrant's telephone number, including area code) |

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $.01 Par Value | VOYA | The New York Stock Exchange |
| Depositary Shares, each representing a 1/40th interest in a share of 5.35% Fixed-Rate Reset Non-Cumulative Preferred Stock, Series B, $0.01 par value | VOYAPrB | The New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:** None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. ☒ Yes ☐ No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. ☐ Yes ☒ No

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report.
☒ Yes ☐ No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.
☒ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). ☒ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). ☐ Yes ☒ No

As of June 30, 2025, the aggregate market value of the common stock of the registrant held by non-affiliates of the registrant was approximately $6.8 billion.

As of February 13, 2026, there were 92,763,060 shares of the registrant's common stock outstanding.

**Documents incorporated by reference:** Portions of Voya Financial, Inc.'s Proxy Statement for its 2026 Annual Meeting of Shareholders are incorporated by reference in the Annual Report on Form 10-K in response to Part III, Items 10, 11, 12, 13 and 14.

White and Williams LLP

# Exhibit 2

Table of Contents

**Our Organizational Structure**

We are a holding company incorporated in Delaware in April 1999. We operate our businesses through a number of direct and indirect subsidiaries. The following organizational chart presents the ownership and jurisdiction of incorporation of our principal subsidiaries as of December 31, 2025:




This chart shows our principal intermediate holding company, Voya Holdings; our principal insurance operating entities, VRIAC and RLI; and Voya IM, the parent company of the various entities through which we operate our Investment Management segment. We hold our interest in Voya IM through an intermediate subsidiary in which an affiliate of Allianz SE holds a 24% equity interest.

**Recent Acquisition Transactions**

***OneAmerica***

On January 2, 2025, we completed the acquisition of the full-service retirement plan business of OneAmerica Financial through the purchase of legal entities and an indemnity reinsurance agreement. The acquisition adds scale and a broader set of capabilities to the Company's full-service business in Retirement, including incremental assets in emerging and mid-market segments, employee stock ownership plan capabilities, and new distribution partnerships. The purchase consideration included $50 million in cash paid at closing and contingent consideration of up to $160 million based on plan persistency and transition incentives to be paid in 2026.

For further details, refer to the *Business, Basis of Presentation and Significant Accounting Policies* Note, the *Deferred Policy Acquisition Costs and Value of Business Acquired* Note, the *Reserves for Future Policy Benefits and Contract Owner Account Balances* Note, and the *Reinsurance* Note in our Consolidated Financial Statements in Part II, Item 8. of this Annual Report on Form 10-K.

**OUR BUSINESSES**

**Retirement**

Our Retirement segment provides retirement plan solutions and administration technology and services to employers through our Retirement business. It also provides individual retirement accounts and financial guidance, planning, and advisory services

EX-21.1 2 a2025q4voyaex211listofsubs.htm EX-21.1

**Exhibit 21.1**

| | **Subsidiary** | **% Parent Interest Held** | State/Country of Jurisdiction | **Parent** |
|---|---|---|---|---|
| 1 | Benefitfocus, Inc. | 100 | Delaware | Voya Financial, Inc. |
| 2 | Benefitfocus.com, Inc. | 100 | South Carolina | Benefitfocus, Inc. |
| 3 | BenefitStore, LLC | 100 | South Carolina | Benefitfocus.com, Inc. |
| 4 | Benefit Strategies, LLC | 100 | New Hampshire | Voya Benefits Company, LLC |
| 5 | Oconee Real Estate Holdings IV - ARB LLC | 16 | Delaware | ReliaStar Life Insurance Company |
| 6 | Oconee Real Estate Holdings IV - ARB LLC | 33 | Delaware | Voya Retirement Insurance and Annuity Company |
| 7 | Oconee Real Estate Holdings V - CASC LLC | 44.80 | Delaware | Voya Retirement Insurance and Annuity Company |
| 8 | Oconee Real Estate Holdings VI - Green LLC | 38.50 | Delaware | ReliaStar Life Insurance Company |
| 9 | Oconee Real Estate Holdings VI - Green LLC | 12.50 | Delaware | Voya Retirement Insurance and Annuity Company |
| 10 | Oconee Real Estate Holdings VII - CANOPY LLC | 10.13 | Delaware | Voya Retirement Insurance and Annuity Company |
| 11 | Oconee Real Estate Holdings X - OASIS LLC | 100 | Delaware | Voya Commercial Mortgage Originator, LLC |
| 12 | Oconee Real Estate Holdings XI - MARKET CENTER LLC | 100 | Delaware | Voya Commercial Mortgage Originator, LLC |
| 13 | Oconee Real Estate Holdings XII - RIVERSIDE LLC | 22.31 | Delaware | Voya Retirement Insurance and Annuity Company |
| 14 | Oconee Real Estate Holdings XII - RIVERSIDE LLC | 3.08 | Delaware | ReliaStar Life Insurance Company |
| 15 | Oconee Real Estate Holdings XV - SPANISH COVE LLC | 100 | Delaware | Voya Commercial Mortgage Originator, LLC |
| 16 | Oconee Real Estate Holdings XVII - CROSSINGS LLC | 10 | Delaware | Voya Retirement Insurance and Annuity Company |
| 17 | Oconee Real Estate Holdings XVIII - HOUSTON LLC | 100 | Delaware | Voya Commercial Mortgage Originator, LLC |
| 18 | OneAmerica Investment Advisory Services LLC | 100.00 | Indiana | Voya Financial, Inc. |
| 19 | OneAmerica Retirement Services LLC | 100.00 | Indiana | Voya Financial, Inc. |
| 20 | Opportunity Investor P Associates, L.P. | 49 | Delaware | Pomona G.P. Holdings LLC |
| 21 | Opportunity Investor P Associates, L.P. | 1 | Delaware | Opportunity Investor P Secondary Associates, LLC |
| 22 | Opportunity Investor P Secondary Associates, LLC | 100 | Delaware | Pomona G.P. Holdings LLC |
| 23 | Opportunity Investor P, L.P. | 1 | Delaware | Opportunity Investor P Associates, L.P. |

**Exhibit 21.1**

| | | | | |
|---|---|---|---|---|
| 24 | Pen-Cal Administrators, Inc. | 100 | California | Voya Financial, Inc. |
| 25 | Pomona Associates V, LP | 49 | Delaware | Pomona G.P. Holdings LLC |
| 26 | Pomona Associates V, LP | 1 | Delaware | Pomona Secondary Associates V LLC |
| 27 | Pomona Associates VI, LP | 49 | Delaware | Pomona G.P. Holdings LLC |
| 29 | Pomona Associates VI, LP | 1 | Delaware | Pomona Secondary Associates VI LLC |
| 29 | Pomona Associates VII, L.P. | 49 | Delaware | Pomona G.P. Holdings LLC |
| 30 | Pomona Associates VII, L.P. | 1 | Delaware | Pomona Secondary Associates VII LLC |
| 31 | Pomona Associates VIII, L.P. | 49 | Delaware | Pomona G.P. Holdings LLC |
| 32 | Pomona Associates VIII, L.P. | 1 | Delaware | Pomona Secondary Associates VIII, LLC |
| 33 | Pomona Capital Asia Limited | 100 | Hong Kong | Pomona Management LLC |
| 34 | Pomona Energy Partners US, L.P. | 99.75 | Delaware | Pomona Capital VII, L.P. |
| 35 | Pomona Energy Partners, L.P. | 100 | Delaware | Pomona Associates VII, L.P. |
| 36 | Pomona Europe Advisers Limited | 100 | United Kingdom | Pomona Europe, Ltd. |
| 37 | Pomona Europe, Ltd. | 100 | United Kingdom | Pomona Management LLC |
| 38 | Pomona G.P. Holdings LLC | 50 | Delaware | Voya Pomona Holdings LLC |
| 39 | Pomona Holdings Associates III LLC | 100 | Delaware | Pomona Primary Associates III LLC |
| 40 | Pomona Investors III, L.P. | 49 | Delaware | Pomona G.P. Holdings LLC |
| 41 | Pomona Investors III, L.P. | 1 | Delaware | Pomona Primary Associates III LLC |
| 42 | Pomona Investors IV, L.P. | 49 | Delaware | Pomona G.P. Holdings LLC |
| 43 | Pomona Investors IV, L.P. | 1 | Delaware | Pomona Primary Associates IV LLC |
| 44 | Pomona Investors V L.P. | 49 | Delaware | Pomona G.P. Holdings LLC |
| 45 | Pomona Investors V L.P. | 1 | Delaware | Pomona Primary Associates V LLC |
| 46 | Pomona Management LLC | 100 | Delaware | Voya Pomona Holdings LLC |
| 47 | Pomona Primary Associates III LLC | 100 | Delaware | Pomona G.P. Holdings LLC |
| 48 | Pomona Primary Associates IV LLC | 100 | Delaware | Pomona G.P. Holdings LLC |
| 49 | Pomona Primary Associates V LLC | 100 | Delaware | Pomona G.P. Holdings LLC |
| 50 | Pomona Secondary Associates V LLC | 100 | Delaware | Pomona G.P. Holdings LLC |
| 51 | Pomona Secondary Associates VI LLC | 100 | Delaware | Pomona G.P. Holdings LLC |
| 52 | Pomona Secondary Associates VII LLC | 100 | Delaware | Pomona G.P. Holdings LLC |

| | | | | |
|---|---|---|---|---|
| 53 | Pomona Secondary Associates VIII, LLC | 100 | Delaware | Pomona G.P. Holdings LLC |
| 54 | Pomona Voya (US) Holdings Associates II LLC | 100 | Delaware | Pomona G.P. Holdings LLC |
| 55 | Pomona Voya (US) Holdings Associates II, L.P. | 1 | Delaware | Pomona Voya (US) Holdings Associates II LLC |
| 56 | Pomona Voya (US) Holdings Associates II, L.P. | 49 | Delaware | Pomona G.P. Holdings LLC |
| 57 | Pomona Voya (US) Holdings Associates III LLC | 100 | Delaware | Pomona G.P. Holdings LLC |
| 58 | Pomona Voya (US) Holdings Associates III LP | 1 | Delaware | Pomona Voya (US) Holdings Associates III LLC |
| 59 | Pomona Voya (US) Holdings Associates III LP | 49 | Delaware | Pomona G.P. Holdings LLC |
| 60 | Pomona Voya (US) Holdings Associates IV LLC | 100 | Delaware | Pomona G.P. Holdings LLC |
| 61 | Pomona Voya (US) Holdings Associates IV, L.P. | 1 | Delaware | Pomona Voya (US) Holdings Associates IV LLC |
| 62 | Pomona Voya (US) Holdings Associates IV, L.P. | 49 | Delaware | Pomona G.P. Holdings LLC |
| 63 | Pomona Voya (US) Holdings Associates LLC | 100 | Delaware | Pomona G.P. Holdings LLC |
| 64 | Pomona Voya (US) Holdings Associates V, L.P. | 49 | Delaware | Pomona G.P. Holdings LLC |
| 65 | Pomona Voya (US) Holdings Associates V, L.P. | 1 | Delaware | Pomona Voya (US) Holdings Associates V, LLC |
| 66 | Pomona Voya (US) Holdings Associates V, LLC | 100 | Delaware | Pomona G.P. Holdings LLC |
| 67 | Pomona Voya (US) Holdings Associates, L.P. | 1 | Delaware | Pomona Voya (US) Holdings Associates LLC |
| 68 | Pomona Voya (US) Holdings Associates, L.P. | 49 | Delaware | Pomona G.P. Holdings LLC |
| 69 | Pomona Voya (US) Holdings Co-Investment Associates II, L.P. | 1 | Delaware | Pomona Voya (US) Holdings Associates II, L.P. |
| 70 | Pomona Voya (US) Holdings Co-Investment Associates II, L.P. | 49 | Delaware | Pomona G.P. Holdings LLC |
| 71 | Pomona Voya (US) Holdings Co-Investment Associates L.P. | 1 | Delaware | Pomona Voya (US) Holdings Associates II LLC |
| 72 | Pomona Voya (US) Holdings Co-Investment Associates L.P. | 49 | Delaware | Pomona G.P. Holdings LLC |
| 73 | Pomona Voya (US) Holdings Co-Investment II, L.P. | 24.29 | Delaware | ReliaStar Life Insurance Company |
| 74 | Pomona Voya (US) Holdings Co-Investment II, L.P. | 0.14 | Delaware | Pomona Voya (US) Holdings Co-Investment Associates II, L.P. |
| 75 | Pomona Voya (US) Holdings Co-Investment II, L.P. | 1 | Delaware | Pomona Voya (US) Holdings Associates II, L.P. |

**Exhibit 21.1**

| | | | | |
|---|---|---|---|---|
| 76 | Pomona Voya (US) Holdings Co-Investment II, L.P. | 29.69 | Delaware | Voya Retirement Insurance and Annuity Company |
| 77 | Pomona Voya (US) Holdings IV, L.P. | 11.46 | Delaware | ReliaStar Life Insurance Company |
| 78 | Pomona Voya (US) Holdings IV, L.P. | 0.13 | Delaware | Pomona Voya (US) Holdings Associates IV, L.P. |
| 79 | Pomona Voya (US) Holdings IV, L.P. | 13.50 | Delaware | Voya Retirement Insurance and Annuity Company |
| 80 | Pomona Voya (US) Holdings V L.P. | 32.22 | Delaware | ReliaStar Life Insurance Company |
| 81 | Pomona Voya (US) Holdings V L.P. | 0.12 | Delaware | Pomona Voya (US) Holdings Associates V, L.P. |
| 82 | Pomona Voya (US) Holdings V L.P. | 40.28 | Delaware | Voya Retirement Insurance and Annuity Company |
| 83 | Pomona Voya (US) Holdings V-A, L.P. | 33.30 | Delaware | ReliaStar Life Insurance Company |
| 84 | Pomona Voya (US) Holdings V-A, L.P. | 0.12 | Delaware | Pomona Voya (US) Holdings Associates V, L.P. |
| 85 | Pomona Voya (US) Holdings V-A, L.P. | 32.69 | Delaware | Voya Retirement Insurance and Annuity Company |
| 86 | Pomona Voya Asia Pacific Associates, L.P. | 49 | Delaware | Pomona G.P. Holdings LLC |
| 87 | Pomona Voya Asia Pacific Associates, L.P. | 1 | Delaware | Pomona Voya Asia Pacific Associates, LLC |
| 88 | Pomona Voya Asia Pacific Associates, LLC | 100 | Delaware | Pomona G.P. Holdings LLC |
| 89 | ReliaStar Life Insurance Company | 100 | Minnesota | Voya Holdings Inc. |
| 90 | ReliaStar Life Insurance Company of New York | 100 | New York | ReliaStar Life Insurance Company |
| 91 | Security Life Assignment Corporation | 100 | Colorado | Voya Financial, Inc. |
| 92 | Tango Health, Inc. | 100 | Delaware | Benefitfocus.com, Inc. |
| 93 | VAAM (Cayman) Ltd. | 100 | Cayman Islands | Voya Investment Management Alternative Assets LLC |
| 94 | VAAM GP LLC | 100 | Delaware | Voya Alternative Asset Management LLC |
| 95 | VFI India Holdings LLC | 1 | India | Voya Global Services Private Limited |
| 96 | VIM Holdings LLC | 76 | Delaware | Voya Holdings Inc. |
| 97 | VIM SLP Holdings LLC | 100 | Delaware | VIM Holdings Inc. |
| 98 | VIM SLP Holdings Inc. | 100 | Delaware | VIM Holdings Inc. |

**Exhibit 21.1**

| | | | | |
|---|---|---|---|---|
| 99 | Voya Alternative Asset Management Ireland Limited | 100 | Ireland | Voya Investment Management Alternative Assets LLC |
| 100 | Voya Alternative Asset Management LLC | 100 | Delaware | Voya Investment Management Alternative Assets LLC |
| 101 | Voya Benefits Company, LLC | 100 | Delaware | Voya Holdings Inc. |
| 102 | Voya Capital, LLC | 100 | Delaware | Voya Investment Management LLC |
| 103 | Voya Custom Investments LLC | 100 | Delaware | Voya Holdings Inc. |
| 104 | Voya Enhanced Middle Market Credit GP I LP | 100 | Delaware | VAAM GP LLC |
| 105 | Voya Enhanced Middle Market Credit Fund I LP | 100 | Delaware | Voya Enhanced Middle Market Credit GP I LP |
| 106 | Voya Enhanced Middle Market Credit Fund I (RNF) LP | 100 | Delaware | Voya Enhanced Middle Market Credit GP I LP |
| 107 | Voya Enhanced Middle Market Credit Fund I Originator LLC | 100 | Delaware | Voya Enhanced Middle Market Credit Fund I LP |
| 108 | Voya Financial Advisors, Inc. | 100 | Minnesota | Voya Holdings Inc. |
| 109 | Voya Financial Partners, LLC | 100 | Delaware | Voya Retirement Insurance and Annuity Company |
| 110 | Voya Funds Services, LLC | 100 | Delaware | Voya Capital, LLC |
| 111 | Voya Global Services Private Limited | 99 | India | Voya Financial, Inc. |
| 112 | Voya Holdings Inc. | 100 | Connecticut | Voya Financial, Inc. |
| 113 | Voya Institutional Plan Services, LLC | 100 | Delaware | Voya Retirement Insurance and Annuity Company |
| 114 | Voya Institutional Trust Company | 100 | Connecticut | Voya Holdings Inc. |
| 115 | Voya Insurance Solutions, LLC | 100 | Connecticut | Voya Holdings Inc. |
| 116 | Voya Investment Management (UK) Limited | 100 | United Kingdom | Voya Investment Management LLC |
| 117 | Voya Investment Management Alternative Assets LLC | 100 | Delaware | Voya Investment Management LLC |
| 118 | Voya Investment Management Co. LLC | 100 | Delaware | Voya Investment Management LLC |
| 119 | Voya Investment Management LLC | 100 | Delaware | VIM Holdings LLC |
| 120 | Voya Investment Trust Co. | 100 | Connecticut | Voya Investment Management Co. LLC |
| 121 | Voya Investments Distributor, LLC | 100 | Delaware | Voya Funds Services, LLC |
| 122 | Voya Investments, LLC | 100 | Arizona | Voya Funds Services, LLC |
| 123 | Voya Multi-Strategy Opportunity Fund LLC | 100 | Delaware | Voya Alternative Asset Management LLC |

Exhibit 21.1

| | | | | |
|---|---|---|---|---|
| 124 | Voya Nonqualified Plan Pay Services, LLC | 100 | Delaware | Pen-Cal Administrators, Inc. |
| 125 | Voya Payroll Management, Inc. | 100 | Delaware | Voya Financial, Inc. |
| 126 | Voya Pomona Asia Pacific G.P. Limited | 100 | Hong Kong | Pomona Voya Asia Pacific Associates, L.P. |
| 127 | Voya Pomona Asia Pacific Private Equity Co-Invest I L.P. | 1.35 | Delaware | Voya Pomona Asia Pacific G.P. Limited |
| 128 | Voya Pomona Asia Pacific Private Equity Co-Invest I L.P. | 39.99 | Delaware | Voya Retirement Insurance and Annuity Company |
| 129 | Voya Pomona Holdings LLC | 100 | Delaware | Voya Investment Management Alternative Assets LLC |
| 130 | Voya Realty Group LLC | 100 | Delaware | Voya Investment Management Alternative Assets LLC |
| 131 | Voya Retirement Advisors, LLC | 100 | New Jersey | Voya Retirement Insurance and Annuity Company |
| 132 | Voya Retirement Insurance and Annuity Company | 100 | Connecticut | Voya Holdings Inc. |
| 133 | Voya Services Company | 100 | Delaware | Voya Financial, Inc. |
| 134 | Voya Special Investments, Inc. | 0.20 | Delaware | Voya Financial, Inc. |
| 135 | Voya Special Investments, Inc. | 49.99 | Delaware | Voya Financial, Inc. |
| 136 | Voya Special Investments, Inc. | 49.99 | Delaware | Voya Financial, Inc. |