UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL LAFAVE, and CETTE AI CORPORATION<br>Plaintiffs,<br>v.<br>VOYA FINANCIAL, INC., VOYA INVESTMENT MANAGEMENT CO. LLC, and DOES 1-12, inclusive,<br>Defendants. | Case No.: 26-cv-5375 |

**STIPULATION EXTENDING TIME FOR DEFENDANTS VOYA FINANCIAL, INC. AND VOYA INVESTMENT MANAGEMENT CO. LLC TO ANSWER OR MOVE**

**IT IS HEREBY STIPULATED** that the time within which Defendants Voya Financial, Inc. and Voya Investment Management Co. LLC may Answer or move with regard to the Plaintiffs' Amended Complaint shall be extended to **October 9, 2026**.

Date: September 24, 2026

/s/ Tor Ekeland
Tor Ekeland, Esq.
Michael Hassard, Esq.
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
Phone: (718) 737-7264
Email: Michael@torekeland.com
tor@torekeland.com
*Attorneys for Plaintiffs Michael Lafave and Cette AI Corporation*

Robert T. Pindulic, Esq.
Mariam A. Hashmi, Esq.
White and Williams LLP
163 Madison Avenue, Suite 503
Morristown NJ 07960
Direct 201.368.7204
E-mail: pindulicr@whiteandwilliams.com
hashmim@whiteandwilliams.com
*Attorneys for Defendants Voya Financial, Inc. and Voya Investment Management Co., LLC*

SO ORDERED:

Hon. Lewis J. Liman, U.S.D.J.
September 25, 2026