White and Williams LLP

**Mariam A. Hashmi**

163 Madison Avenue, Suite 503 | Morristown, NJ 07960
Direct 973.604.5675 | Fax 201.368.7249
hashmim@whiteandwilliams.com | whiteandwilliams.com

Gabriel E. Darwick, Managing Partner - Morristown

October 16, 2026

**Via ECF**
The Honorable Lewis J. Liman, United States District Judge
United States District Court, SDNY
500 Pearl Street
New York, New York 10007

Re: Lafave, et al. v. Voya Financial, Inc., et al., Case No. 1:26-cv-05375
**Defendant's Request for Extension of Time to Answer/Move**

Dear Judge Liman,

We have been retained to represent defendant ReliaStar Insurance Company ("ReliaStar") in connection with the above referenced matter. On September 11, 2026, Plaintiffs filed their First Amended Complaint adding ReliaStar as a defendant. ReliaStar was subsequently served with service of process on October 5, 2026.

Pursuant to Section 1.C Your Honor's Individual Practices, Defendant ReliaStar respectfully submits this letter-motion requesting a two-week extension of time to file its Answer or otherwise move with respect to Plaintiffs' First Amended Complaint. The current deadline for ReliaStar to file an Answer or otherwise move is October 26, 2026. The two-week extension will extend the deadline to November 9, 2026.

This is ReliaStar's first request for an extension of time to Answer or otherwise respond to the First Amended Complaint. Plaintiffs' counsel, Mr. Ekeland, has consented to this request. No party will be prejudiced by the requested extension.

This Court entered an Amended Case Management Plan and Scheduling Order on October 2, 2026 (ECF 25). ReliaStar was not a party to the action when that schedule was entered. The requested two-week extension relates only to ReliaStar's deadline to Answer or otherwise respond to the First Amended Complaint and is not expected to affect the existing case schedule, including the current deadlines for document production, depositions, or the close of fact discovery. To the extent ReliaStar's appearance necessitates any modification of the schedule as applied to ReliaStar, the parties will promptly raise that issue with the Court.

Thank you for Your Honor's attention to this request.

Respectfully submitted,
WHITE AND WILLIAMS LLP

Mariam A. Hashmi

cc: Tor Ekeland, Esq. (via ECF)
Michael Hassard, Esq. (via ECF)