USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL LAFAVE and CETTE AI CORPORATION,

Plaintiffs,

-v-

VOYA FINANCIAL, INC., et al.,

Defendants.

26-cv-5375 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Before the Court is the motion to withdraw of Tor Ekeland and Michael Hassard of Tor Ekeland Law PLLC, counsel of record for Plaintiffs Michael Lafave and Cette AI Corporation. Dkt. No. 29.

Counsel shall effect service on Plaintiffs and all other parties no later than October 30, 2026. Responsive papers shall be due no later than November 13, 2026. The Court will hold a telephonic hearing on the motion on November 19, 2026 at 11:00 a.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

SO ORDERED.

Dated: October 27, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge